UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.                                        Case No. 8:20-mc-103-TPB-TGW

CHARLES U. KLEIN,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the report and recommendation of Thomas G. Wilson, United States Magistrate Judge, entered on March 24, 2021. (Doc. 16). Judge Wilson recommends that Plaintiff's "Motion for Entry of Final Judgment Against Charles U. Klein" (Doc. 12) be granted and that final judgment as proposed by Plaintiff be entered. Neither Plaintiff nor Defendant filed an objection to the report and recommendation, and the time to object has expired.[1]

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); *Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir.

---

[1] Defendant initially filed a motion for reconsideration of the report and recommendation, but subsequently withdrew the motion. (Docs. 19; 20).

1982). A district court must "make a de novo determination of those portions of the [report and recommendation] to which an objection is made." 28 U.S.C. § 636(b)(1)(C). When no objection is filed, a court reviews the report and recommendation for clear error. *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006); *Nettles v. Wainwright*, 677 F.2d 404, 409 (5th Cir. 1982).

Upon consideration of the record, including Judge Wilson's report and recommendation, the Court adopts the report and recommendation. The Court agrees with Judge Wilson's well-reasoned findings and conclusions. Consequently, the motion for entry of final judgment against Defendant is granted.

Accordingly, it is

**ORDERED**, **ADJUDGED**, and **DECREED**:

1. Judge Wilson's report and recommendation (Doc. 16) is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.

2. The "Motion for Entry of Final Judgment Against Charles U. Klein" (Doc. 12) is **GRANTED**.

3. The "Final Judgment Against Charles U. Klein" as proposed by Plaintiff will be entered separately.

4. After the entry of the final judgment, the Clerk is directed to terminate

any pending motions and deadlines, and thereafter close this case.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 30th day of April, 2021.

**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**